1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SARAH ANN O'NEAL

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) Case No. 2:11-cr-0163 DAD
                                    )
13           Plaintiff,             )
                                    ) STIPULATION AND ORDER VACATING
14      v.                          ) THE TRIAL CONFIRMATION HEARING
                                    ) AND JURY TRIAL DATE AND
15 SARAH ANN O'NEAL,                ) CONTINUING A CHANGE OF PLEA
                                    ) HEARING AND EXCLUDING TIME
16           Defendant.             ) DATE:  February 21, 2011
                                    ) TIME:  10:00 a.m.
17 _____  ) JUDGE: Hon. Dale A. Drozd

18
        IT IS HEREBY STIPULATED by and between the parties hereto through
19
   their respective counsel, JUSTIN L. LEE, Special Assistant United
20
   States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief
21
   Assistant Federal Defender, attorney for SARAH ANN O'NEAL, and
22
   Certified Student Attorney, KENDRA BERTSCHY, that the Trial
23
   Confirmation Hearing date of January 17, 2012 at 10:00 a.m. and the
24
   Jury Trial date of January 30, 2012 at 9:00 a.m. be vacated.  It is
25
   also stipulated that the matter be rescheduled for a Change of Plea
26
   Hearing on February 21, 2011 at 10:00 a.m.
27
   ///
28

1    This continuance is requested because the parties are in the
2    process of plea negotiation. The parties need more time to formalize a
3    plea agreement. Defense counsel needs time to explain the offer
4    because Ms. O'Neal is current recovering from surgery. The parties
5    further agree that the time should be excluded from the date of this
6    [Proposed] Order until the Change of Plea Hearing which is set for
7    February 21, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv)
8    and Local Code T4 (reasonable time to prepare). The interests of
9    justice served by granting this continuance outweigh the best interests
10   of the public and the defendant in a speedy trial. 18 U.S.C. §
11   3161(h)(7)(A)(iv)11.

Dated: January 13, 2012          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Linda C. Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant
                                 SARAH ANN O'NEAL

                                 /s/ Kendra G. Bertschy
                                 KENDRA G. BERTSCHY
                                 Certified Student Attorney

Dated: January 13, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Special Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED: January 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
11cr0163.stipord.status

Stip/Order/Sarah O'Neal          -2-