BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00163-DAD |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE AND ORDER** |
| | ) | **TO ISSUE JUDICIAL SUMMONS** |
| v. | ) | **RE: PROBATION REVOCATION** |
| | ) | |
| SARAH A. O'NEAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS HEREBY ORDERED that the defendant appear on June 4, 2013, at 10:00 a.m. to show cause why the probation imposed on May 2, 2012, should not be revoked due to the defendant's failure to satisfy her court-ordered restitution and special assessment obligations.  The Clerk's Office shall issue a summons directing the defendant to appear on June 4, 2013, at 10:00 a.m.

DATED: April 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.Crim
o'neal0163.ord prob revoke.wpd